NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: EIDOS COMMUNICATIONS, LLC,
*Appellant*

---

2014-1658

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,898.

---

## JUDGMENT

---

ROBERT C. NISSEN, McKenna Long & Aldridge, LLP, Washington, DC, argued for appellant. Also represented by SONG JUNG, CARL PAUL BRETSCHER.

JOSEPH MATAL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, SCOTT WEIDENFELLER, SYDNEY O. JOHNSON, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 14, 2015 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |